# ALABAMA COURT OF CRIMINAL APPEALS



August 16, 2024

**CR-2022-0649**
Timothy Vincent Murphy v. State of Alabama (Appeal from Lauderdale Circuit
Court:  CC-16-228.60)

## <u>NOTICE</u>

You are hereby notified that on August 16, 2024, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk